RECEIVED
FEB 07 2019
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA | CR. 18-764(PGS) |
| v. | ORDER |
| JAMAINE EDWARDS | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 23rd, day of February 7, 2019,

O R D E R E D that Federal Public Defender BRIAN REILLY, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender